

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Alice Outlaw McMillan
(Please print)

**STREET ADDRESS:** P.O. Box 5790

**CITY/STATE/ZIP:** Chicago Ill 60680

**PHONE NUMBER:** (773) 548-5551 or (773) 756-7533

**CASE NUMBER:** 08CV2857
**JUDGE ZAGEL**
**MAG. JUDGE KEYS**

Signature: Alice Outlaw McMillan        Date: 5-16-2008

MAY 16 2008
FILED
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT