## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2857 | **DATE** | 5/22/2008 |
| **CASE TITLE** | ALICE OUTLAW-MCMILLAN vs. POTTER | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed in forma pauperis [3] is denied for want of fees. Motion for appointment of counsel [4] is denied without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|